IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ~~COLUMBIA~~ maryland

NITA B ARCHIE

CIVIL ACTION DCK 14-0330

V:

LAWONNE AGER BOOKER

## Motion to Dismiss

There have been no valid claims nor proven claims of validity against Lawonne Ager-Booker.

Nita Archie has always stated verbal but has no proof nor valid documents attesting to any claims of such fraud committed by me. I worked as an employee of an organization and she needs to file her case in the write entity name.

I am seeking a dismissal based on the facts that this is at the time a valid listed corporation operating in the state of Maryland. The entity was a corporation registered in assessment and taxation.

You cannot sue employees that work for a corporation you must file against the corporation and the resident's agent must file a response.

In addition I have not been apart of this corporation for almost nine years and I do not know where the agents are at this time. However I am well aware that this corporation was approved to operate and licensed in the state of Maryland. Therefore based on her improper filing I am seeking the court to dismiss this case and for Anita Archie to list the proper entity in this filing.

In addition she was denied any type of penalty and any type of prosecution from DLLR and District of Columbia they found absolutely nothing wrong with her documents and files.

RESPECTFULLY SUBMITTED