IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

NITA B ARCHIE

CIVIL ACTION DCK 14-0330

V:

LAWONNE AGER BOOKER

ANSWER TO ANY COMPLAINT WITH REGARDS TO ANITA ARCHIE

I DO NOT NOR HAVE I EVER HAD ANY ACITIVITY IN REGARDS TO THIS PLAINTIFF REGARDING ANY FRAUD OF ANY KIND. I WORKED FOR A COMPANY THAT IS NO LONGER IN BUSINESS FOR NOW ALMOST SEVEN YEARS. HOWEVER THIS PLAINTIFF HAS CONTINUED TO HARRASS AND PURSUE ME WITH THREATS OF VIOLENCE AND EVEN TRIED TO HAVE ME DETAINED IN THE COURT. I WILL BE DOING THE NECESSARY STEPS TO ENSURE MY SAFTEY AND I AM ASKING THIS COURT TO ACCEPT THIS DOCUMENTS AS A REQUEST FOR AN EPS TO RULE OUT ANY MENTAL OR HISTORY OF MENTAL ILLNESS IN REGARDS TO THE PLAINTIFF. I AM ALSO REQUESTING THE COURT TO REQUEST ANY AND ALL MENTAL ILL RECORDS THAT REFLECT ALL HISTORY OF MENTAL CAPACITY. IN ADDITION TO REQUEST ALL RECORDS FROM DC PUBLIC SCHOOLS TO REFLECT ALL OCCURANCES OF REPORTS FROM STUDENTS IN REGARDS TO ANITA ARCHIE BEHAVIOR AND STATUS IN THE PUBLIC SCHOOL SYSTEM.

RESPECTFULLY SUBMITTED