

IN THE UNITED STATES

DISTRICT COURT

FOR THE

DISTRICT OF MARYLAND


NITA B. ARCHIE

                         Civil Action No.

v                        DKC-14-330

LAWONNE ELENORA AGER BOOKER


PLANTIFFS' MOTION IN OPPOSITION FOR DEFENDANT MOTION TO DISMISS

p. 1 of 7 with APP.A

1 --- Pursuant to Fed. R. Civ. P 5(a)
2 --- and local rule 102.1(c)
3 --- Defendant has not provided
4 --- a certificate of service.
5 --- Document 49 provides no
6 --- certificate of service for
7 --- Defendant submitted motion
8 --- DCK-14-330
9 --- Document 11 and document 41
10 --- provide conflict address in
11 --- an attempt to escape by Defendant.

P 2 of 7 with APP.A

12--- Defendant submitted motion
13--- to dismiss is for "civil action
14--- DCK-14-330."

15--- There is no name under Defendant
16--- submitted motion for which a
17--- person provides signature.

18--- On December 21, 2015 Defendant
19--- was provided by the court
20--- twenty-one (21) days to provide a
21--- response or answer to Plaintiffs'
23--- second amended complaint
24--- Plaintiff found Defendant through
25--- court records of similar concerns
26--- of homeowners, scammed by
27--- Defendant similar to NY v. Madoff

28--Defendant, in an attempt to
29--escape, absconded former office
30--location whereas Plaintiff sought
31--"Defendant only" held documents
32--as Defendant being, serving and
33--providing fiduciary services as
34--an individual.

35--Plaintiff request of the
36--court to allow default against
37--Defendant for Defendant in jest
38--provides motion 49 for "civil
39--action DCK-14-330".

40--Defendant motion is submitted in
41--bad faith for civil action DKC-14-330.

P.4 of 7 with APP.A

42 ---- Plaintiff would like to provide
43 ---- a responsive pleading however
44 ---- Defendant concern of "companies"
45 ---- and "organizations" is important
46 ---- in order for Plaintiff to
47 ---- provide a responsive pleading
48 ---- to civil action no. DKC-14-330.
49 ---- Plaintiff request of the court
50 ---- is to allow Plaintiffs' opposition
51 ---- to Defendants' motion in
52 ---- civil action DCK-14-330.

with APPA

# APPENDIX A

1 ----- Defendant did nothing as
2 ----- Defendants' brother brutally
3 ----- beat Defendants brothers'
4 ----- fiance. Defendant asked
5 ----- Plaintiff to intervene.. Brace
6 ----- Yourself. The beating was
7 ----- the bloodiest sight Plaintiff
8 ----- has ever seen.

APP. A

P. A1 of A1

P. 6 of 7 with APP. A

# CERTIFICATE OF SERVICE

I declare under penalty of perjury that the foregoing is true and correct.

Executed on <u>March 17, 2016</u>

*Nita B. Archie*
Nita B. Archie